CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102-3495
　　Telephone: (415) 436-7478
　　FAX: (415) 436-7234
　　Jeremy.Chu@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ODIN NORDHEIM, | CASE NO. 3:26-cv- 01819-SK |
| Plaintiff, | **STIPULATION FOR REMAND AND DISMISSAL; ORDER** |
| v. | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

Plaintiff Odin Nordheim ("Plaintiff") commenced an action against Defendant United States Customs and Border Protection ("Defendant" or "CBP") under the Administrative Procedure Act and the First Amendment of the U.S. Constitution, requesting that this Court vacate Defendant's denial of Plaintiff's application for a customs access seal pursuant to 19 C.F.R. § 122.182; order Defendant to reconsider Plaintiff's application; and awarded Plaintiff compensatory damages. ECF No. 1. The parties are prepared to resolve this matter by agreeing to Defendant's reconsideration of Plaintiff's application for a customs access seal. Therefore, the parties respectfully request that this Court remand the matter to the agency and dismiss without prejudice. *See Cal. Cmtys. Against Toxics v. U.S. Envtl. Prot. Agency*, 688 F.3d 989, 992 (9th Cir. 2012) ("Generally, courts only refuse voluntarily requested remand when the agency's request is frivolous or made in bad faith.").

STIPULATION FOR REMAND AND DISMISSAL; [PROPOSED] ORDER
3:26-cv- 01819-SK　　　　　　　　　　1

Subject to the approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, that:

1.    The parties have agreed to remand this case to CBP and to allow CBP to reconsider Plaintiff's application for a customs access seal and issue a new decision in light of the issues raised in Plaintiff's complaint in this action.

2.    Each of the parties shall bear their own costs and fees.

IT IS SO STIPULATED.

Date: May 29, 2026                              Respectfully submitted,

                                                CRAIG MISSAKIAN
                                                United States Attorney

                                 By:    _/s/ Nag Young Chu_____
                                        NAG YOUNG CHU
                                        Assistant United States Attorney

                                        Attorneys for Defendant

Date: May 29, 2026                      By:__/s/ Odin Nordheim*_____
                                        ODIN NORDHEIM

                                        Plaintiff

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION FOR REMAND AND DISMISSAL; [PROPOSED] ORDER
3:26-cv- 01819-SK                           2

**ORDER**

Pursuant to the parties' stipulation, the Court HEREBY REMANDS this matter to the United States Customs Border Protection for reconsideration of its decision to deny Plaintiff's application for a customs access seal under 19 C.F.R. § 122.182 in light of the issues raised in Plaintiff's complaint in this action.

The Court FURTHER ORDERS that Plaintiff's motion for reconsideration of its motion to seal is DENIED.  Plaintiff failed to file a motion for leave to file a motion for reconsideration and failed to demonstrate that reconsideration was warranted.

This case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 1, 2026

HONORABLE SALLIE KIM
United States Magistrate Judge

STIPULATION FOR REMAND AND DISMISSAL; [PROPOSED] ORDER
3:26-cv- 01819-SK                                        3